*Held 20 min.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.
DEFENDANT'S COUNSEL WILL INITIATE CALL
CHAMBERS TELEPHONE NUMBER
860-240-3659

October 30, 2003
9:00 A.M.

CASE NO. **3-00-cv-339**    **O'Connor v. Pierson**

✓Leon M. Rosenblatt
Lynn M. Mahoney
10 North Main St.
Suite 214
West Hartford, CT 06107
✓Alexandrea Voccio
Michael J. Rose
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Court grants defts motion for Summary Judgment. Written ruling to follow.*