UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3  P 1:59
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| THOMAS O'CONNOR<br>Plaintiff, | Docket No. 3:00 CV 339 (RNC) |
| v. | |
| LYNNE B. PIERSON, ET AL.<br>Defendants. | DECEMBER 2, 2003 |

## MOTION FOR JUDGMENT ON THE FIFTH COUNT
## AND REMAND OF THE REMAINING COUNTS

On January 28, 2000, the plaintiff filed this action in Superior Court. On February 22, 2000, the defendants removed the case to federal court, asserting the Fifth Count as the jurisdictional basis for removal. The Fifth Count alleged a federal cause of action under 42 U.S.C. § 1983.

On September 28, 2001, the court granted the defendants' motion for summary judgment on the plaintiff's procedural due process theory. On October 31, 2003, the court granted the defendants' motion for summary judgment on the plaintiff's substantive due process theory.

The federal claims have now been adjudicated, but the court's formal entry of judgment has been made. Without a final judgment, the case cannot proceed. The plaintiff now moves that the court grant judgment for the defendants on the Fifth Count and remand the remaining claims to Connecticut Superior Court for further proceedings, or dismiss them for lack of federal jurisdiction.

THE PLAINTIFF,

BY: *[signature]*
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 2nd day of December, 2003 to:

Attorney Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, Connecticut 06114

*[signature]*
Leon M. Rosenblatt