UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS O'CONNOR : | |
| : | |
| v. : | CASE NO. 3:00CV339(RNC) |
| : | |
| LYNNE PIERSON, ET AL., : | |

## JUDGMENT

This action having come on for consideration of cross-motions for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Robert N. Chatigny, United States District Judge and,

The Honorable Donna F. Martinez having considered the motions and the full record of the case including applicable principles of law, and having filed a Recommended Ruling granting the defendants' motion for summary judgment and denying the plaintiff's motion and the Honorable Robert N. Chatigny, United States District Judge having adopted the recommended ruling in substantial part, and having issued a separate Ruling and Order granting defendants' motion for summary judgment on the substantive due process claim and denying the plaintiff's motion and further having remanded the pendent state law claims to Superior Court, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants on plaintiff's due process claim; and it is further

ORDERED, ADJUDGED, and DECREED that plaintiff's pendent state law claims are remanded to Superior Court.

Dated at Hartford, Connecticut, this      day of December 2003.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____