*AMP issued*
*fee paid*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -6  A 9: 0[?]
U.S. DISTRICT COURT
HARTFORD CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THOMAS O'CONNOR**             *      Docket No. 3:00 CV 339 (RNC)
**Plaintiff,**                  *
                                *      Notice of Appeal
**v.**                          *
                                *
**LYNNE B. PIERSON, ET AL.**    *
**Defendants.**                 *      JANUARY 6, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

Notice is hereby given that Thomas O'Connor (plaintiff) in the above named case, appeals to the United States Court of Appeals for the Second Circuit from the judgment entered December 16, 2003 following the Honorable Robert N. Chatigny's a) adopting the recommended ruling of the Honorable Donna F. Martinez granting defendants' motion for summary judgment on the procedural due process claim, and b) granting the defendants' motion for summary judgment on the substantive due process claim.

THE PLAINTIFF,

BY: _____
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 6th day of January, 2004, to:

Attorney Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, Connecticut 06114

_____
Leon M. Rosenblatt