**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

TEL. NO. 240-3200
(AREA CODE 860)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

FILED 2004 J[AN] [?]
U.S. DIST. COURT
HARTFORD, CT.

Thomas O'Connor

V.                                Case Number:  3:00cv339 (RNC)

Lynne Pierson, et al

Notice to Clerk, Superior Court,
for the Judicial District of **Hartford**
---------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, December 31, 2003.

KEVIN F. ROWE, CLERK

By: *Barbara Grady* (signature)
Barbara Grady
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on ___1-6-04___

Assigned case number:  ___CV00-0595721___

This case was received by:  ___Kathleen Dwight, AA___ (signature)