HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD

DATE: 4/19/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

NHCT

FILED
2004 APR 14  9:42
U.S. DIST...
...RT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*************************************************
**THOMAS O'CONNOR**              *       Docket No. 3:00 CV 339 (RNC)
**Plaintiff,**                   *
                                 *
**v.**                           *
                                 *
                                 *
**LYNNE B. PIERSON, ET AL.**     *
**Defendants.**                  *       APRIL 13, 2004
*************************************************

## INDEX TO THE RECORD

| DKT# | Date | Item |
|---|---|---|
| 1. | 2/22/00 | Notice of Removal by the defendants |
| 2. | 2/22/00 | Order regarding Pretrial Deadlines |
| 3. | 2/22/00 | Demand for jury trial by defendants |
| 4. | 2/22/00 | Appearance of Attorney Michael Rose for the defendants |
| 5. | 2/22/00 | Notice of no pending motions by the defendants |
| 6. | 2/28/00 | Appearance of Attorney Leon Rosenblatt for the plaintiff |
| 7. | 2/25/00 | Motion by the defendants for More Definite Statement |
| 8. | 2/25/00 | Motion by the defendants for Security for Costs |
| 9. | 3/01/00 | Order granting Motion for Security for Costs |
| 10. | 2/29/00 | Demand for jury trial by plaintiff |
| 11. | 3/20/00 | Motion by the defendants to withdraw order dated 3/1/00 regarding Motion for Security for Costs |
| 12. | 3/29/00 | Appearance of Attorney Lynn M. Mahoney for the plaintiff |
| 13. | 3/31/00 | Amended Complaint by the plaintiff |

| | | |
|---|---|---|
| 14. | 4/11/00 | Notice and Order to counsel regarding 26(f) report |
| 15. | 4/24/00 | Report of Parties Planning Meeting |
| 16. | 4/20/00 | Response regarding 26(f) notice by plaintiff |
| 17. | 5/01/00 | Second Amended Complaint by the plaintiff |
| 18. | 5/22/00 | Motion by the defendants for Mental Examination of the plaintiff |
| 19. | 5/22/00 | Motion by the defendants to Dismiss |
| 20. | 5/22/00 | Memorandum by the defendants in support of their Motion to Dismiss |
| 21. | 5/22/00 | Scheduling and Settlement Conference held. Case did not settle |
| 22. | 5/25/00 | Order adopting report, setting deadlines |
| 23. | 6/07/00 | Motion by the plaintiff to strike Motion to Dismiss |
| 24. | 6/07/00 | Response by the plaintiff to Motion for Mental Examination of the Plaintiff |
| 25. | 6/08/00 | Motion by the defendants to extend time to respond to Motion to Dismiss |
| 26. | 6/21/00 | Order of referral to Magistrate Judge Donna Martinez for prefiling conference |
| 27. | 6/20/00 | Memorandum by the plaintiff in opposition to Motion for Mental Examination of the Plaintiff |
| 28. | 6/29/00 | Prefiling Conference held |
| 29. | 6/29/00 | Order setting deadlines for Dispositive Motions and Brief |

| | | |
|---|---|---|
| 30. | 7/05/00 | Appearance by Attorney Melinda A. Powell for the defendants |
| 31. | 7/21/00 | Motion by the plaintiff for Partial Summary Judgment |
| 32. | 7/21/00 | Memorandum by the plaintiff in support of Motion for Partial Summary Judgment |
| 33. | 7/21/00 | Statement of Material Facts by the plaintiff regarding Motion for Summary Judgment |
| 34. | 7/21/00 | Motion by the defendants for Summary Judgment |
| 35. | 7/21/00 | Memorandum by the defendants in support for Summary Judgment |
| 36. | 7/21/00 | Statement of Material Facts by the defendants regarding Motion for Summary Judgment |
| 37. | 7/21/00 | List of Exhibits by the defendants to Motion for Summary Judgment |
| 38. | 7/25/00 | Order Referring Case to Magistrate Judge Donna Martinez for all pretrial matters excluding trial |
| 39. | 8/09/00 | Motion by the defendants to file opposition to Motion for Summary Judgment |
| 40. | 8/11/00 | Memorandum by the plaintiff in opposition to Motion to Dismiss and Motion for Summary Judgment |
| 41. | 8/11/00 | Statement of Material Facts by the plaintiff regarding Motion for Summary Judgment |
| 42. | 8/16/00 | Affidavit of the plaintiff regarding Motion for Partial Summary |

|  |  |  |
|---|---|---|
|  |  | Judgment |
| 43. | 8/25/00 | Objections the defendants to Motion for Partial Summary Judgment |
| 44. | 8/25/00 | Statement of Material Facts by the defendants regarding Motion for Summary Judgment |
| 45. | 8/31/00 | Motion by the plaintiff to extend time regarding cross motions for summary judgment |
| 46. | 9/05/00 | Reply Brief by the plaintiff to response to Motion for Partial Summary Judgment |
| 47. | 11/7/00 | Supplementary Reply by the plaintiff to Motion for Partial Summary Judgment |
| 48. | 11/7/00 | Supplementary Memorandum by the plaintiff to Motion for Summary Judgment |
| 49. | 12/14/00 | Motion by the plaintiff for Temporary Restraining Order and Preliminary Injunction |
| 50. | 12/14/00 | Motion by the plaintiff to Show Cause |
| 51. | 12/19/00 | Order referring Motion to Show Cause, Motion for Temporary Restraining Order and Motion for Preliminary Injunction to Magistrate Judge Donna Martinez |
| 52. | 12/26/00 | Motion by the plaintiff for on-the-record status conference |
| 53. | 1/03/01 | Status Conference held |
| 54. | 1/03/01 | Objections by the defendants to Motion for Preliminary |

|     |         | Injunction |
| --- | ------- | ---------- |
| 55. | 2/01/01 | Transcript of August 18, 2000 deposition of Dr. Smith |
| 56  | 2/01/01 | Motion by the defendants to seal transcript |
| 57. | 2/27/01 | Recommended Ruling granting Motion for Summary Judgment, denying Motion for Partial Summary Judgment |
| 58. | 3/12/01 | Objection to recommended ruling regarding Motion for Summary Judgment and Motion for Partial Summary Judgment |
| 59. | 3/29/01 | Telephone motion hearing held regarding Motion for Summary Judgment by defendants, Motion for Partial Summary Judgment by the plaintiff, Motion to Strike and Motion to Dismiss by the plaintiff, Motion to Dismiss by the defendants |
| 60. | 4/03/01 | Transcript for date of 3/29/01 |
| 61. | 4/05/01 | Motion by the plaintiff for Reconsideration of court's order regarding Motion for Summary Judgment |
| 62. | 6/18/01 | Motion by the defendants to Unseal/Release Transcript |
| 63. | 6/25/01 | Memorandum by the plaintiff in opposition to Motion to Unseal/Release Transcript by the defendants |
| 64. | 6/26/01 | Order referring Motion to Unseal/Release Transcript referred to Magistrate Judge Donna Martinez |
| 65. | 7/09/01 | Status Report by the parties |
| 66. | 7/18/01 | Motion by the defendants to Withdraw Motion to Unseal/Release |

|     |          | Transcript by defendants |
| --- | -------- | --- |
| 67. | 8/08/01  | Motion by the plaintiff to extend 7ime to file brief |
| 68. | 8/14/01  | Order vacating referral order |
| 69. | 8/24/01  | Supplemental Memorandum by the plaintiff in support of Motion for Partial Summary Judgment regarding Substantive Due Process |
| 70. | 9/17/01  | Supplemental Memorandum of Law by the defendants in support of Motion for Summary Judgment |
| 71. | 9/28/01  | Telephone motion hearing held regarding Motion for Reconsideration of court's order on 3/29/01 |
| 72. | 10/02/01 | Transcript for date of 9/28/01 |
| 73. | 4/11/02  | Telephone pre-trial conference held |
| 74. | 8/05/02  | Stipulation by the parties |
| 75. | 8/12/02  | Second Supplemental Memorandum by the plaintiff regarding Substantive Due Process Claim |
| 76. | 9/10/01  | Supplemental Memorandum by the defendants regarding Substantive Due Process Claim |
| 77. | 9/27/02  | Response by the plaintiff to supplemental memorandum |
| 78. | 10/16/02 | Order of referral to Magistrate Judge Thomas Smith for settlement conference |
| 79. | 10/2102  | Order that a settlement conference be held on 10/25/02 |
| 80. | 10/25/02 | Settlement conference held. Case did not settle |
| 81. | 1/31/03  | Motion by the plaintiff to Amend Complaint |

| 82. | 2/10/03 | Objections by the defendants to Motion to Amend Complaint |
|---|---|---|
| 83. | 5/07/03 | Supplementary Memorandum by the plaintiff in support of Motion for Partial Summary Judgment and Motion for Summary Judgment |
| 84. | 5/15/03 | Motion by the defendants in support of Motion to Strike Affidavit of Sarah Walker Birn and Dr. Rubin |
| 85. | 5/15/03 | Memorandum by the defendants in support of Motion to Strike Affidavit of Sarah Walker Birn and Dr. Rubin |
| 86. | 5/15/03 | Motion by the defendants to Stay/Dismiss |
| 87. | 5/15/03 | Memorandum by the defendants in support of Motion to Stay |
| 88. | 6/02/02 | Memorandum by the plaintiff in opposition to Motion to Strike Affidavit of Sarah Walker Birn and Dr. Rubin |
| 89. | 6/02/03 | Memorandum by the plaintiff in opposition to Motion to Stay, |
| 90. | 8/01/03 | Supplement to Memorandum by the plaintiff in opposition to Motion for Summary Judgment |
| 91. | 10/8/03 | Order vacating Motion to Amend Complaint |
| 92. | 10/31/03 | Minute Entry regarding telephone conference held on 10/31/03 with Judge Robert Chatigny |
| 93. | 12/03/03 | Motion for Judgment on Count Five and Motion to Remand remaining counts by the plaintiff |
| 94. | 12/12/03 | Ruling and Order granting Motion for Judgment, denying cross-motion, granting Motion to Remand remaining counts to the |

|  |  |  |
|---|---|---|
|  |  | Superior Court |
| 95. | 12/12/03 | Endorsement Order granting Motion for Judgment, Motion to Remand filed by the plaintiff |
| 96. | 12/16/03 | Judgment in favor of the defendants against plaintiff |
| 97. | 1/06/04 | Notice of Appeal as to Judgment by the plaintiff |
| 98. | 1/12/04 | Certificate of Service regarding Case Remanded/ Transferred Out to Superior Court for the Judicial District Of Hartford |
| 99. | 3/17/04 | USCA Scheduling Order as to Notice of Appeal filed by the plaintiff |

THE PLAINTIFF,

BY: *[signature]*
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 13th day of April, 2004, to:

Attorney Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, Connecticut 06114

Leon M. Rosenblatt