UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LYNNE B. PIERSON, ELLEN C. | : | |
| HEALY, CHRISTOPHER A. DUMAS, | : | |
| PATRICIA M. STRONG, CHRISTINE | : | |
| T. FORTUNATO, DONNA H. HEMMANN, | : | |
| STACEY HODGES, JOHN F. MORRIS, | : | |
| FREDERICK E. PETRELLI, JR., | : | |
| PENNY H. STANZIALE, and | : | |
| WETHERSFIELD BOARD OF EDUCATION | : | |
|     Defendants | : | JULY 14, 2004 |

## **APPEARANCE**

Please enter the appearance of John J. Radshaw III, ct19882, on behalf of all defendants, LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION, in addition to those of counsel already on file.

THE DEFENDANTS,
LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION

/s/John J. Radshaw, III
John J. Radshaw III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail, to the following counsel of record this 14th day of July 2004.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107-1988

/s/John J. Radshaw, III
John J. Radshaw III

2