UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION: | : | |
|    Defendants | : | JULY 22, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following exhibits to the defendants' Motion to Supplement the Record and Additional Findings dated July 22, 2004:

1. **EXHIBIT A** – Letter from Attorney Michael J. Rose to Hon. Robert N. Chatigny dated October 15, 2003;

2. **EXHIBIT B** – State Court Complaint; O'Connor v. Wethersfield Board of Education, CV 01-0808376-S, (J.D. of State Court

        Complaint in Hartford);[1]

3. **EXHIBIT C** – Defendants' Motion to Dismiss dated August 9, 2001;

4. **EXHIBIT D** – Plaintiff's Memorandum in Opposition to Motion to Dismiss dated September 4, 2001;

5. **EXHIBIT E** – Decision dated September 25, 2001 on Defendants' Motion to Dismiss;

6. **EXHIBIT F** –Defendants' Supplemental Motion to Dismiss dated April 9, 2003;

7. **EXHIBIT G** – Plaintiff's Memorandum in Opposition to Motion to Dismiss dated May 8, 2003;

8. **EXHIBIT H** – Memorandum of Decision dated May 20, 20031 on Defendants' Supplemental Motion to Dismiss;

9. **EXHIBIT I & J** – Transcript, Plaintiff's Opening Argument at trial, September 10, 2003; and Transcript, Plaintiff's Closing Argument at trial, September 18, 2003; and

10. **EXHIBIT K** – Judgment, October 31, 2003

---

[1] Items 2-11 on this list are all from the related state court case of <u>O'Connor v.</u>

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

        DEFENDANTS,
LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION

By/s/John J. Radshaw, III
  Michael J. Rose [ct14803]
  John J. Radshaw, III [ct19882]
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  Phone:  (860) 249-1361
  Fax:  (860) 249-7665
  E-Mail: jradshaw@hl-law.com

---

Wethersfield Board of Education, CV 01-0808376-S, (J.D. of Hartford).

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail, to the following counsel of record this 22nd day of July, 2004.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988

                                                  /s/John J. Radshaw, III
                                                  Michael J. Rose
                                                  John J. Radshaw, III