FILED

2004 AUG 10 A 11: 12

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THOMAS O'CONNOR
Plaintiff,

V.

LYNNE B. PIERSON, et al.
Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket No. 3:00 CV 339 (RNC)

August 9, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff moves for an extension of time until Monday August 23, 2004 to respond to the defendant's Motion to Supplement the Record and for Additional Findings. The plaintiff's response presently is due August 13, 2004.

This additional time is needed because plaintiff's counsel was in the midst of litigation for most of July in a case on the Complex Litigation Docket in Middletown Superior Court encaptioned Duart v. State of Connecticut, Department of Corrections, Docket No.: X04CV02-0103475-S. Plaintiff's attorney is just now able to turn his attention to the pending motion.

Attorney John J. Radshaw, who represents the defendant, has been consulted and he has no objection to this motion.

This is the parties' first request for an extension of time to respond to the defendant's motion to dismiss.

THE PLAINTIFF,

BY: _[signature]_
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 9th day of August, 2003 to:

Attorney Michael J. Rose
Attorney Alexandria Voccio
Attorney John J. Radshaw III
Howd & Ludorf
65 Wethersfield Ave.
Hartford, Connecticut 06114

_____
Leon M. Rosenblatt