105

FILED

2004 AUG 10 A 11: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************************
THOMAS O'CONNOR           *   Docket No. 3:00 CV 339 (RNC)
   Plaintiff,             *
                          *
      V.                  *
                          *
LYNNE B. PIERSON, et al.  *
   Defendants.            *   August 9, 2004
*******************************************
```

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff moves for an extension of time until Monday August 23, 2004 to respond to the defendant's Motion to Supplement the Record and for Additional Findings. The plaintiff's response presently is due August 13, 2004.

This additional time is needed because plaintiff's counsel was in the midst of litigation for most of July in a case on the Complex Litigation Docket in Middletown Superior Court encaptioned <u>Duart v. State of Connecticut, Department of Corrections,</u> Docket No.: X04CV02-0103475-S. Plaintiff's attorney is just now able to turn his attention to the pending motion.

Attorney John J. Radshaw, who represents the defendant, has been consulted and he has no objection to this motion.

This is the parties' first request for an extension of time to respond to the defendant's motion to dismiss.

THE PLAINTIFF,

BY: _____
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066

August 12, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.