## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS O'CONNOR,<br>Plaintiff | NO.: 3:00CV339 (RNC) |
| v. | |
| LYNNE B. PIERSON, ELLEN C.<br>HEALY, CHRISTOPHER A. DUMAS,<br>PATRICIA M. STRONG, CHRISTINE<br>T. FORTUNATO, DONNA H. HEMMANN,<br>STACEY HODGES, JOHN F. MORRIS,<br>FREDERICK E. PETRELLI, JR.,<br>PENNY H. STANZIALE, and<br>WETHERSFIELD BOARD OF EDUCATION<br>Defendants | JULY 22, 2004 |

### MOTION TO SUPPLEMENT THE RECORD
### AND MAKE ADDITIONAL FINDINGS

Pursuant to Fed.R.App.P. 10(e), the defendants, LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION, hereby move to supplement the record and make additional findings based on said items added to the record.

**August 30, 2004.**     O'Connor v. Pierson
                         3:00CV00339 (RNC)

Re: Defendants' Motion to Supplement the Record and Make Additional
    Findings (Doc. # 104)

Denied without prejudice to reinstatement on notice within 30 days after the United States Court of Appeals, Second Circuit, acts on the pending appeal. So ordered.

                                   Robert N. Chatigny, U.S.D.J.

**ORAL ARGUMENT REQUESTED**