

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THOMAS O'CONNOR,                      :    NO.: 3:00 CV 339 (RNC)
     Plaintiff                        :

v.                                    :

LYNNE B. PIERSON, ELLEN C.            :
HEALY, CHRISTOPHER A. DUMAS,          :
PATRICIA M. STRONG, CHRISTINE         :
T. FORTUNATO, DONNA H. HEMMANN,       :
STACEY HODGES, JOHN F. MORRIS,        :
FREDERICK E. PETRELLI, JR.,           :
PENNY H. STANZIALE, and               :
WETHERSFIELD BOARD OF EDUCATION       :
     Defendants                       :    JULY 22, 2004

## MOTION TO AMEND THE INDEX TO THE RECORD ON APPEAL

Pursuant to Fed.R.App.P. 10(e), the defendants, LYNNE B. PIERSON, ELLEN

C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T.

FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS,

FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD

BOARD OF EDUCATION, hereby move to modify the index to the record on appeal.

In particular, the defendants submit the following items should be included in the

**August 30, 2004.**     O'Connor v. Pierson
                         3:00CV00339 (RNC)

Re:  Defendants' Motion to Amend the Index to the Record on Appeal
     (Doc. # 103)

Denied without prejudice to reinstatement on notice within 30 days after
the United States Court of Appeals, Second Circuit, acts on the pending
appeal.  So ordered.

Robert N. Chatigny, U.S.D.J.

**ORAL ARGUMENT REQUESTED**