

DC/New Haven
FILE 00-CV-339
Hon. Martinez

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

2005 NOV 10 F

U.S. DISTRICT
NEW HAVEN

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th day of October, two thousand and five.

Before:    Hon. John M. Walker, Jr., *Chief Judge*
           Hon. Peter W. Hall,
           Hon. John R. Gibson*,
               *Circuit Judges*

Docket No. 04-0224-cv

THOMAS O'CONNOR,

                          Plaintiff-Appellant,

- v.-

LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA STRONG, CHRISTINE T. FORTUNATO, DNNA T. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION,

                          Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part, VACATED in part, and REMANDED in accordance with the opinion of this court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: NOV 0 1 2005

* The Honorable John R. Gibson, of the Eighth Circuit Court of Appeals, sitting by designation.