UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| v. | : | |
| LYNNE B. PIERSON, ET AL | : | JANUARY 13, 2006 |

## **APPEARANCE**

      Please enter the appearance of Alexandria L. Voccio, as attorney for the defendants, LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION, in the above matter, in addition to the appearance already on file by this firm.

|  |  |
|---|---|
|  | DEFENDANTS,<br>LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION |
|  | By<u>/s/Alexandria L. Voccio</u><br>    Alexandria L. Voccio<br>    ct21792<br>    Howd & Ludorf, LLC<br>    65 Wethersfield Avenue<br>    Hartford, CT  06114<br>    (860) 249-1361<br>    (860) 249-7665 (Fax)<br>    E-Mail:  avoccio@hl-law.com |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of January, 2006.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988

                                                    /s/Alexandria L. Voccio
                                                    Alexandria L. Voccio