UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS O'CONNOR,                    :        NO.: 3:00CV339 (RNC)
        Plaintiff                   :
                                    :
v.                                  :
                                    :
LYNNE B. PIERSON, ELLEN C.          :
HEALY, CHRISTOPHER A. DUMAS,        :
PATRICIA M. STRONG, CHRISTINE       :
T. FORTUNATO, DONNA H. HEMMANN,     :
STACEY HODGES, JOHN F. MORRIS,      :
FREDERICK E. PETRELLI, JR.,         :
PENNY H. STANZIALE, and             :
WETHERSFIELD BOARD OF EDUCATION:
        Defendants                  :        JANUARY 13, 2006

## <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a), the defendants, Lynn B.

Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T.

Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli,

Penny H. Stanziale, and Wethersfield Board of Education, hereby move this court to

enter summary judgment as to the plaintiff's Second Amended Complaint, in its entirety,

based on the doctrine of res judicata.

As more particularly set forth in the attached memorandum of law, the plaintiff

filed two separate lawsuits in two different jurisdictions based on the same cause of

action - this lawsuit and a lawsuit in state court.  The state court lawsuit has been fully

litigated and a judgment rendered on the merits.  The defendants move for summary

judgment on the ground that the plaintiff is not entitled to relitigate claims in this forum that either were asserted in the state court action or which could have been asserted.

WHEREFORE, the defendants, Lynn B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Penny H. Stanziale, and Wethersfield Board of Education, respectfully request that the Court enter summary judgment in their favor.

DEFENDANTS,
LYNNE B. PIERSON, ELLEN C.
HEALY, CHRISTOPHER A. DUMAS,
PATRICIA M. STRONG, CHRISTINE T.
FORTUNATO, DONNA H. HEMMANN,
STACEY HODGES, JOHN F. MORRIS,
FREDERICK E. PETRELLI, JR.,
PENNY H. STANZIALE, and
WETHERSFIELD BOARD OF EDUCATION

By /s/Alexandria L. Voccio
    Alexandria L. Voccio [21792]
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  avoccio@hl-law.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of January, 2006.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988

/s/Alexandria L. Voccio
Alexandria L. Voccio