NO. CV 01 0808376 : SUPERIOR COURT

THOMAS O'CONNOR : J.D. OF HARTFORD

VS. : AT HARTFORD

WETHERSFIELD BOARD OF
EDUCATION : SEPTEMBER 19, 2003

## VERDICT FORM

### Invasion of Privacy Count

1. Do you find that the defendant intentionally invaded the plaintiff's privacy by intruding upon his seclusion?

    Yes __X__    No _____

### Intentional Infliction of Emotional Distress Count

2. Do you find that the defendant intentionally inflicted emotional distress upon the plaintiff?

    Yes _____    No __X__

### Statutory Count (31-51q)

3. Do you find that the defendant subjected the plaintiff to discipline on account of the exercise of his rights to free speech, privacy, and/or freedom to seek redress for grievances?

    Yes _____    No __X__

__9/19/2003__
Date

__Debra C. Shutt__
Foreperson

NOTE: The foreperson must sign and date in ink.

*Verdict Accepted 9/19/03 11:27 a.m.*
*(Booth, J.)*
*G2/TKC*

EXHIBIT F

| | | |
|---|---|---|
| NO. CV 01 0808376 | : | SUPERIOR COURT |
| THOMAS O'CONNOR | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| WETHERSFIELD BOARD OF EDUCATION | : | SEPTEMBER 19, 2003 |

### VERDICT FORM - INTRUSION UPON SECLUSION

1. How much money should the plaintiff be compensated for the intrusion upon his seclusion?   $162,500.

_9/19/2003_
Date

_Debra C. Shutt_
Foreperson

NOTE:   The foreperson must sign and date in ink.

*Verdict Accepted 9/19/03 3:48 p.m.*
*PER (BOOTH, J.)*
*GZ/TAC*