JD 7265

JUDICIAL INFORMATION SYSTEMS
COUNSEL/PRO SE NOTIFICATION REPORT

REPORT DATE 12/09/2003
PAGE 01 OF 01

PLAINTIFF - ATTORNEYS AND PRO SE PARTIES

ROSENBLATT LEON M. LAW O
10 NORTH MAIN STREET
SUITE 214
WEST HARTFORD                CT 06107

DEFENDANT - ATTORNEYS AND PRO SE PARTIES

HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD                     CT 06114

DANAHER LAGNESE & NEAL P
CAPITOL PLACE/STE 700
21 OAK STREET
HARTFORD                     CT 06106

DOCKET NUMBER: CV-01-0808376-S

CASE CAPTION:  O'CONNOR, THOMAS
                        VS:
               WETHERSFIELD BD. ED.

```
| 175.50 PLAINTIFF'S MOTION FOR ENTRY OF      |
| JUDGMENT IN THE AMOUNT OF $217,333:         |
|                                             |
| JUDGMENT ENTERED ON JURY VERDICT ON 10/31/03|
| WHEN MOTION TO SET ASIDE VERDICT WAS DENIED.|
| EACH SIDE APPEALED. JUDGMENT FOR AWARD OF   |
| OFFER OF JUDGMENT INTEREST PLUS $350 IS     |
| ENTERED AS OF 12/11/03 IN THE AMOUNT OF     |
| $217,333.                                   |
|                                             |
| BOOTH, J.                                   |
| 12/8/03                                     |
| J. WEBB, A/C                                |
```

SUPERIOR COURT
95 WASHINGTON STREET
HARTFORD, CT              06106

DATED: DEC 09, 2003

HHD HARTFORD

*Jeffrey Reynolds 12/10/03*

**EXHIBIT G**