UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************
THOMAS O'CONNOR
Plaintiff,

V.

LYNNE B. PIERSON, et al.
Defendants.
*******************************************

Docket No. 3:00 CV 339 (RNC)

JANUARY 23, 2006

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff requests an extension of time until March 24, 2006 to respond to the Defendant's Motion for Summary Judgment. The defendants' Motion for Summary Judgment is dated January 13, 2006.

This extension of time is requested because a settlement conference is scheduled with Magistrate Judge Smith on February 22, 2006. If the case is settled, there will be no need to respond to the motion. If the case is not settled at that time, this motion will provide 30 days to respond.

This is the plaintiff's first request for an extension of time to respond to the Defendants' Motion for Summary Judgment.

Attorney Alexandra Voccio, counsel for the defendants, has no objection to this motion for an extension of time.

THE PLAINTIFF,

By _____
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 N. Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct 000284

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 23rd day of January, 2006 to:

Attorney Michael J. Rose
Attorney Alexandra Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

_____
Leon M. Rosenblatt