FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 JAN 24 A 10: 25

```
*******************************************
THOMAS O'CONNOR                *       Docket No. 3:00 CV 339 (RNC)
Plaintiff,                     *
                               *
       V.                      *
                               *
LYNNE B. PIERSON, et al.       *
Defendants.                    *       JANUARY 23, 2006
*******************************************
```

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff requests an extension of time until March 24, 2006 to respond to the Defendant's Motion for Summary Judgment. The defendants' Motion for Summary Judgment is dated January 13, 2006.

This extension of time is requested because a settlement conference is scheduled with Magistrate Judge Smith on February 22, 2006. If the case is settled, there will be no need to respond to the motion. If the case is not settled at that time, this motion will provide 30 days to respond.

This is the plaintiff's first request for an extension of time to respond to the Defendants' Motion for Summary Judgment.

Attorney Alexandra Voccio, counsel for the defendants, has no objection to this motion for an extension of time.

So ordered.
Granted.

Robert N. Chatigny, U.S.D.J.

January 27, 2006.