UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| v. | : | |
| LYNNE B. PIERSON, ET AL | : | FEBRUARY 17, 2006 |

**MOTION TO VACATE ORDER TO REMAND
DATED DECEMBER 12, 2003**

  Pursuant to the Second Circuit Court of Appeals ruling on October 11, 2005, vacating, in part, this Court's entry of summary judgment and remanding this case to District Court, the Defendants, Lynn B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Penny H. Stanziale, and the Wethersfield Board of Education, hereby move this Court to vacate its order remanding the case to the Connecticut Superior Court.

  In granting the Defendants' Motion for Summary Judgment, this Court no longer retained subject matter jurisdiction over the Plaintiff's state law causes of action; the Court therefore, logically, remanded that remaining state law claims back to the Superior Court, Judicial District of Hartford at Hartford. However, on appeal, the Second Circuit vacated summary judgment on the substantive due process

ORAL ARGUMENT IS NOT REQUESTED

claims, thereby reinvoking federal subject matter jurisdiction pursuant to 28 U.S.C. §§1441, 1443, and 1446 and remanding the case back to federal District Court. Since the case is now pending, once again, in the District Court, this Court should vacate its order to remand.

      WHEREFORE, the Defendants respectfully request that this Court vacate its order to remand to the Superior Court.

DEFENDANTS,
LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION

By /s/ Michael J. Rose
Michael J. Rose [ct14803]
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: mrose@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via          , to the following counsel of record this      day of         , 2006.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988

                                                  /s/ Michael J. Rose
                                        Michael J. Rose