FILED

2006 FEB 28 A 11: 12

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| v. | : | |
| LYNNE B. PIERSON, ET AL | : | February 27, 2006 |

## DEFENDANT'S REQUEST FOR A PREFILING CONFERENCE

Pursuant to Judge Chatigny's Chamber's Practices, the defendants hereby request that the Court conduct a pre-filing conference with regard to the defendants' Motion for Summary Judgment. The defendants argue in said Motion that Mr. O'Connor's case should be dismissed on the grounds of *res judicata*.

WHEREFORE, the defendants respectfully request that this Court accordingly schedule a pre-filing conference.


DEFENDANTS,
LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE, and WETHERSFIELD BOARD OF EDUCATION

By_____
Michael J. Rose [ct14803]
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: mrose@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 27th day of February, 2006.

Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107-1988

                                                        _____
                                                        Michael J. Rose