//5

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS O'CONNOR,<br>Plaintiff | NO.: 3:00CV339 (RNC) |
| v. | |
| LYNNE B. PIERSON, ELLEN C.<br>HEALY, CHRISTOPHER A. DUMAS,<br>PATRICIA M. STRONG, CHRISTINE<br>T. FORTUNATO, DONNA H. HEMMANN,<br>STACEY HODGES, JOHN F. MORRIS,<br>FREDERICK E. PETRELLI, JR.,<br>PENNY H. STANZIALE, and<br>WETHERSFIELD BOARD OF EDUCATION:<br>Defendants | JANUARY 13, 2006 |

March 2, 2006: Denied without prejudice to refiling. So ordered. Robert N. Chatigny, U.S.D.J.

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a), the defendants, Lynn B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Penny H. Stanziale, and Wethersfield Board of Education, hereby move this court to enter summary judgment as to the plaintiff's Second Amended Complaint, in its entirety, based on the doctrine of res judicata.

As more particularly set forth in the attached memorandum of law, the plaintiff filed two separate lawsuits in two different jurisdictions based on the same cause of action - this lawsuit and a lawsuit in state court. The state court lawsuit has been fully litigated and a judgment rendered on the merits. The defendants move for summary