FILED

2006 FEB 28 A 11: 12

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| v. | : | |
| LYNNE B. PIERSON, ET AL | : | February 27, 2006 |

### DEFENDANT'S REQUEST FOR A PREFILING CONFERENCE

Pursuant to Judge Chatigny's Chamber's Practices, the defendants hereby request that the Court conduct a pre-filing conference with regard to the defendants' Motion for Summary Judgment. The defendants argue in said Motion that Mr. O'Connor's case should be dismissed on the grounds of *res judicata*.

WHEREFORE, the defendants respectfully request that this Court accordingly schedule a pre-filing conference.

*[Handwritten/stamped margin note:]* March 2, 2006. Granted. The case is hereby referred to Magistrate Judge Thomas P. Smith for a prefiling conference. So ordered.

Robert N. Chatigny, U.S.D.J.