FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************************
THOMAS O'CONNOR            *    CIVIL ACTION NO.: 3:00 CV 339 (RNC)
    Plaintiff,             *
                           *
        V.                 *
                           *
LYNNE B. PIERSON, et al.   *
    Defendants.            *    FEBRUARY 23, 2006
****************************************
```

## PLAINTIFF'S MOTION TO STRIKE
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Under date of January 13, 2006, the defendants filed a motion for summary judgment. This motion should be struck and disallowed, and this case should be set down for an immediate trial.

The first reason defendants' motion for summary judgment should be struck is because the defendants completely ignored Subsection (b) of the court's Order On Pretrial Deadlines. It is the court's standing order that:

> Before a party files a... motion for summary judgment, a prefiling conference will be held. A party wishing to file such a motion must submit a letter to chambers requesting a prefiling conference and briefly describing the nature and basis of the proposed motion. The letter must be submitted no later than 45 days before the discovery deadline. Failure to request a prefiling conference will result in the waiver of the right to file a motion.

(emphasis added)

The court should enforce its own rules. And since the defendants failed to submit a letter to chambers no later than 45 days before the discovery deadline, and before filing the motion, the defendants have waived the right to file the motion.

The second reason defendants' motion for summary judgment should be struck