UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THOMAS O'CONNOR,

    Plaintiff,

v.

LYNN B. PEIRSON, ET AL.,

    Defendants.

2006 MAR -2 P 12: 29

CASE NO. 3:00CV339 (RNC)

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

_X_ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

___ A ruling on the following pending motions:

_____

So ordered.

Dated at Hartford, Connecticut this _2_ day of March 2006.

Robert N. Chatigny
United States District Judge

*[Sideways margin annotation, left side]:* Robert N. Chatigny, U.S.D.J. for a prefiling

*[Sideways margin annotation, far left]:* **April 12, 2006.** The referral of this matter to Magistrate Judge Thomas P. Smith for a prefiling conference is hereby vacated. So ordered.