```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

**<u>ELECTRONIC FILING ORDER</u>**

All documents in this case will be filed electronically.

Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing the following:

a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

b. Motions to dismiss or for summary judgment;

c. Trial briefs, including proposed findings of fact and conclusions of law; and

d. Any other filing that exceeds 15 pages.

```
                              /s/
                      _____
                      Robert N. Chatigny
                      United States District Judge
```