/37

July 26, 2006. So ordered. Granted. A telephonic status conference will be held on August 8, 2006 at 10:00 a.m.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

****************************************
THOMAS O'CONNOR                  *   CIVIL ACTION NO.: 3:00 CV 339 (RNC)
   Plaintiff,                    *
                                 *
         V.                      *
                                 *
LYNNE B. PIERSON, et al.         *
   Defendants.                   *   MAY 2, 2006
****************************************

### PLAINTIFF'S REQUEST FOR A RULE 16 STATUS CONFERENCE

The plaintiff requests that the court schedule a Rule 16 status conference as soon as possible. This is a six-year old case and it is currently stalled in a procedural morass. The plaintiff requests the conference in order to sort out through the issues and to make a plan for adjudication as soon as possible.

On November 10, 2005 the Second Circuit Court of Appeals remanded this case back to the District Court. On November 30, 2005, the court referred this matter to Magistrate Judge Smith for a settlement conference. The settlement conference was held on February 22, 2006. Prior to the settlement conference, on January 17, 2006, the defendants filed a motion for summary judgment, which they later were forced to admit was done in contravention of the court's procedure for filing dispositive motions. On March 2, 2006 the court referred the pre-filing conference to Magistrate Judge Smith, but on April 12, 2006 the court withdrew that referral.

The plaintiff is seeking to determine whether or not there will be a summary judgment motion. If a summary judgment motion is going to be entertained, the plaintiff is seeking 1) a schedule for filing and responding to the motion; and 2) a trial date in the event the motion is denied. If the summary judgment is not going to be entertained, the