UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| | : | |
| v. | : | |
| | : | |
| LYNNE B. PIERSON, ET AL | : | FEBRUARY 17, 2006 |

**MOTION TO VACATE ORDER TO REMAND**
**DATED DECEMBER 12, 2003**

Pursuant to the Second Circuit Court of Appeals ruling on October 11, 2005, vacating, in part, this Court's entry of summary judgment and remanding this case to District Court, the Defendants, Lynn B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Penny H. Stanziale, and the Wethersfield Board of Education, hereby move this Court to vacate its order remanding the case to the Connecticut Superior Court.

In granting the Defendants' Motion for Summary Judgment, this Court no longer retained subject matter jurisdiction over the Plaintiff's state law causes of action; the Court therefore, logically, remanded that remaining state law claims back to the Superior Court, Judicial District of Hartford at Hartford. However, on appeal, the Second Circuit vacated summary judgment on the substantive due process

ORAL ARGUMENT IS NOT REQUESTED

*(Left margin, handwritten:)* Granted absent objection. So ordered. Robert N. Chatigny, U.S.D.J. July 26, 2006.