UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*********************************
THOMAS O'CONNOR               *      CIVIL ACTION NO.: 3:00CV339 (RNC)
Plaintiff,                    *
                              *
V.                            *
                              *
LYNNE B. PIERSON, et al.      *
Defendants.                   *
                              *      SEPTEMBER 12, 2006
*********************************
```

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff requests until September 18, 2006 to respond to the Defendants' Motion for Summary Judgment. This time is needed because of the undersigned's trial schedule. The undersigned is picking a jury in <u>Rice v. Meriden Housing Authority</u>, et al., Docket No.: CV-03-0479556S.

The defendants' attorney, Michael J. Rose, does not object to this motion.

THE PLAINTIFF,

By: _____
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 12th day of September, 2006 to:

Attorney Michael J. Rose
Attorney Alexandra Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT  06114

_____
Léon M. Rosenblatt

2