UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************
THOMAS O'CONNOR            *    CIVIL ACTION NO.: 3:00CV339 (RNC)
Plaintiff,                 *
                           *
V.                         *
                           *
LYNNE B. PIERSON, et al.   *
Defendants.                *
                           *    SEPTEMBER 12, 2006
*********************************************

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff requests until September 18, 2006 to respond to the Defendants' Motion for Summary Judgment. This time is needed because of the undersigned's trial schedule. The undersigned is picking a jury in Rice v. Meriden Housing Authority, et al., Docket No.: CV-03-0479556S.

The defendants' attorney, Michael J. Rose, does not object to this motion.

THE PLAINTIFF,

By: /s/ Leon M. Rosenblatt
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

September 14, 2006: Granted. So ordered.
Robert N. Chatigny, U.S.D.J.