UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS O'CONNOR<br>Plaintiff,<br><br>V.<br><br>LYNNE B. PIERSON, et al.<br>Defendants. | CIVIL ACTION NO.: 3:00CV339 (RNC)<br><br><br><br><br>SEPTEMBER 18, 2006 |

### MOTION FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff requests until September 26, 2006 to respond to the Defendants' Motion for Summary Judgment. Currently the deadline is September 18, 2006.

This time is needed because of the trial schedule of the plaintiff's attorney, Leon M. Rosenblatt. Attorney Rosenblatt was in state court picking a jury from September 12, 2006 through September 15, 2006 in Rice v. Meriden Housing Authority, et al., Docket No.: CV-03-0479556S. Evidence in the Rice trial began today and will continue for at least one week. The plaintiff's attorney anticipated being able to complete the response to the defendants' Motion for Summary Judgment sooner because he did not believe the Rice trial was going to start until the end of this week. Due to this trial, the plaintiff requests one additional week to finish the response to the defendants' Motion for Summary Judgment.

This is the plaintiff's second motion for extension of time.

The defendants' attorney, Michael J. Rose, was contacted regarding his position on this motion, but as of the signing of this motion, Attorney Rose has not indicated his position.

THE PLAINTIFF,

By: *[signature]*
Lynn M. Mahoney (ct20996)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 18th day of September, 2006 to:

Attorney Michael J. Rose
Attorney Alexandra Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

*[signature]*
Lynn M. Mahoney