UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

****************************************
| | |
|---|---|
| THOMAS O'CONNOR * | Docket No. 3:00 CV 339 (RNC) |
|    Plaintiff, * | |
| * | |
| v. * | |
| * | |
| LYNNE B. PIERSON, ET AL. * | |
|    Defendants. * | SEPTEMBER 26, 2006 |

****************************************

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following documents:

**EXHIBITS A through K to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment.**

These exhibits exceed the electronic file size of 1.5 megabytes.

The exhibits have been manually served on all parties.

                                  THE PLAINTIFF,

                    BY: _/s/ Leon M. Rosenblatt_
                          Leon M. Rosenblatt (ct00284)
                          Law Offices of Leon M. Rosenblatt
                          10 N. Main Street
                          West Hartford, CT 06107
                          (860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was electronically filed to court and mailed, postage prepaid, on this the 26th of September, 2006 to:

Attorney Michael J. Rose
Attorney Alexandra Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT  06114

Leon M. Rosenblatt