UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| | : | |
| v. | : | |
| | : | |
| LYNNE B. PIERSON, ET AL | : | DECEMBER 27, 2006 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melinda A. Powell moves the Court for permission to withdraw her appearance filed on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education in the above-captioned matter.

Attorney Alexandria Voccio, Attorney John Radshaw and Attorney Michael Rose of Howd & Ludorf, LLC previously entered their appearance on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education.

DEFENDANTS,
LYNNE B. PIERSON, ELLEN C.
HEALY, CHRISTOPHER A. DUMAS,
PATRICIA M. STRONG, CHRISTINE T.
FORTUNATO, DONNA H. HEMMANN,
STACEY HODGES, JOHN F. MORRIS,
FREDERICK E. PETRELLI, JR.,
PENNY H. STANZIALE, and
WETHERSFIELD BOARD OF
EDUCATION


By: /s/Melinda A. Powell
   Melinda A. Powell
   ct17049
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)

## **CERTIFICATION**

       This is to certify that on December 27, 2006, a copy of the foregoing Motion for Permission to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Lynn M. Mahoney, Esquire
Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988


                                                        /s/Melinda A. Powell
                                                        Melinda A. Powell