**FORM 1**

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Thomas O'Connor

v.                                              CIVIL CASE NO.   3:00CV339(RNC)

Lynne B. Pierson, et al.

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), ___Thomas O'Connor___ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
___Summary Judgment for defendant___

2. The Judgment /Order in this action was entered on ___April 2, 2007___.
(date)

_____
Signature

Attoreny Leon M. Rosenblatt
Print Name

Law Offices of Leon M. Rosenblatt

10 No. Main St., West Hartford, CT   06107
Address

860-523-8066
Telephone Number

Date: 4/23/07

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).