UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNNE B. PIERSON, ELLEN C. HEALY, CHRISTOPHER A. DUMAS, PATRICIA M. STRONG, CHRISTINE T. FORTUNATO, DONNA H. HEMMANN, STACEY HODGES, JOHN F. MORRIS, FREDERICK E. PETRELLI, JR., PENNY H. STANZIALE and WETHERSFIELD BOARD OF EDUCATION,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   CASE NO. 3:00CV339(RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, following a remand from the United States Court of Appeals for the Second Circuit; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting the defendants' motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 2nd day of April, 2007.

KEVIN F. ROWE, Clerk

By ___/s/_____
Jo-Ann Walker
Deputy Clerk