UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS O'CONNOR, | : | NO.: 3:00CV339 (RNC) |
| | : | |
| v. | : | |
| | : | |
| LYNNE B. PIERSON, ET AL | : | MAY 21, 2007 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Attorney John J. Radshaw, III, moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education, in the above-captioned matter.

Attorney Michael J. Rose of Rose Kallor, LLP, previously entered his appearance on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education,

        DEFENDANTS,
LYNNE B. PIERSON, ELLEN C.
HEALY, CHRISTOPHER A. DUMAS,
PATRICIA M. STRONG, CHRISTINE T.
FORTUNATO, DONNA H. HEMMANN,
STACEY HODGES, JOHN F. MORRIS,
FREDERICK E. PETRELLI, JR.,
PENNY H. STANZIALE, and
WETHERSFIELD BOARD OF
EDUCATION


By  /s/John J. Radshaw
    John J. Radshaw, III [ct19882]
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

     This is to certify that on May 21, 2007, a copy of the foregoing Motion for Permission to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Leon M. Rosenblatt, Esquire
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT  06107-1988



        /s/John J. Radshaw
        John J. Radshaw, III