UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS O'CONNOR,                    :        NO.: 3:00CV339 (RNC)

v.                                  :

LYNNE B. PIERSON, ET AL             :        MAY 21, 2007

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Attorney John J. Radshaw, III, moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education, in the above-captioned matter.

Attorney Michael J. Rose of Rose Kallor, LLP, previously entered his appearance on behalf of the defendants, Lynne B. Pierson, Ellen C. Healy, Christopher A. Dumas, Patricia M. Strong, Christine T. Fortunato, Donna H. Hemmann, Stacey Hodges, John F. Morris, Frederick E. Petrelli, Jr., Penny H. Stanziale, and Wethersfield Board of Education,

*(left margin, vertical text)* Robert N. Chatigny, United States District Judge

*(left margin, vertical text)* May 22, 2007. Granted. So ordered.