# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
*************************************************
THOMAS O'CONNOR              *     Docket No. 3:00 CV 339 (RNC)
Plaintiff,                   *
                             *
v.                           *
                             *
LYNNE B. PIERSON, ET AL.     *
Defendants.                  *     July 16, 2007
*************************************************
```

## INDEX TO THE RECORD

| DKT# | Date | Item |
|------|------|------|
| 1. | 2/22/00 | Notice of Removal by the defendants |
| 2. | 2/22/00 | Order regarding Pretrial Deadlines |
| 3. | 2/22/00 | Demand for jury trial by defendants |
| 4. | 2/22/00 | Appearance of Attorney Michael Rose for the defendants |
| 5. | 2/22/00 | Notice of no pending motions by the defendants |
| 6. | 2/28/00 | Appearance of Attorney Leon Rosenblatt for the plaintiff |
| 7. | 2/25/00 | Motion by the defendants for More Definite Statement |
| 8. | 2/25/00 | Motion by the defendants for Security for Costs |
| 9. | 3/01/00 | Order granting Motion for Security for Costs |
| 10. | 2/29/00 | Demand for jury trial by plaintiff |
| 11. | 3/20/00 | Motion by the defendants to withdraw order dated 3/1/00 regarding Motion for Security for Costs |
| 12. | 3/29/00 | Appearance of Attorney Lynn M. Mahoney for the plaintiff |
| 13. | 3/31/00 | Amended Complaint by the plaintiff |

14.  4/11/00     Notice and Order to counsel regarding 26(f) report

15.  4/24/00     Report of Parties Planning Meeting

16.  4/20/00     Response regarding 26(f) notice by plaintiff

17.  5/01/00     Second Amended Complaint by the plaintiff

18.  5/22/00     Motion by the defendants for Mental Examination of the plaintiff

19.  5/22/00     Motion by the defendants to Dismiss

20.  5/22/00     Memorandum by the defendants in support of their Motion to

               Dismiss

21.  5/22/00     Scheduling and Settlement Conference held.  Case did

               not settle

22.  5/25/00     Order adopting report, setting deadlines

23.  6/07/00     Motion by the plaintiff to strike Motion to Dismiss

24.  6/07/00     Response by the plaintiff to Motion for Mental Examination of the

               Plaintiff

25.  6/08/00     Motion by the defendants to extend time to respond to Motion to

               Dismiss

26.  6/21/00     Order of referral to Magistrate Judge Donna Martinez for prefiling

               conference

27.  6/20/00     Memorandum by the plaintiff in opposition to Motion for Mental

               Examination of the Plaintiff

28.  6/29/00     Prefiling Conference held

29.  6/29/00     Order setting deadlines for Dispositive Motions and Brief

30.  7/05/00     Appearance by Attorney Melinda A. Powell for the defendants

31.  7/21/00     Motion by the plaintiff for Partial Summary Judgment

32.  7/21/00     Memorandum by the plaintiff in support of Motion for Partial

                 Summary Judgment

33.  7/21/00     Statement of Material Facts by the plaintiff regarding

                 Motion for Summary Judgment

34.  7/21/00     Motion by the defendants for Summary Judgment

35.  7/21/00     Memorandum by the defendants in support for Summary

                 Judgment

36.  7/21/00     Statement of Material Facts by the defendants regarding Motion

                 for Summary Judgment

37.  7/21/00     List of Exhibits by the defendants to Motion for Summary

                 Judgment

38.  7/25/00     Order Referring Case to Magistrate Judge Donna Martinez

                 for all pretrial matters excluding trial

39.  8/09/00     Motion by the defendants to file opposition to Motion for

                 Summary Judgment

40.  8/11/00     Memorandum by the plaintiff in opposition to Motion to Dismiss

                 and Motion for Summary Judgment

41.  8/11/00     Statement of Material Facts by the plaintiff regarding Motion for

                 Summary Judgment

42.  8/16/00     Affidavit of the plaintiff regarding Motion for Partial Summary

Judgment

43.  8/25/00    Objections the defendants to Motion for Partial Summary

Judgment

44.  8/25/00    Statement of Material Facts by the defendants regarding Motion

for Summary Judgment

45.  8/31/00    Motion by the plaintiff to extend time regarding cross motions for

summary judgment

46.  9/05/00    Reply Brief by the plaintiff to response to Motion for Partial

Summary Judgment

47.  11/7/00    Supplementary Reply by the plaintiff to Motion for Partial

Summary Judgment

48.  11/7/00    Supplementary Memorandum by the plaintiff to Motion for

Summary Judgment

49.  12/14/00   Motion by the plaintiff for Temporary Restraining Order and

Preliminary Injunction

50.  12/14/00   Motion by the plaintiff to Show Cause

51.  12/19/00   Order referring Motion to Show Cause, Motion for Temporary

Restraining Order and Motion for Preliminary Injunction to

Magistrate Judge Donna Martinez

52.  12/26/00   Motion by the plaintiff for on-the-record status conference

53.  1/03/01    Status Conference held

54.  1/03/01    Objections by the defendants to Motion for Preliminary

Injunction

| 55. | 2/01/01 | Transcript of August 18, 2000 deposition of Dr. Smith |
| 56 | 2/01/01 | Motion by the defendants to seal transcript |
| 57. | 2/27/01 | Recommended Ruling granting Motion for Summary Judgment, denying Motion for Partial Summary Judgment |
| 58. | 3/12/01 | Objection to recommended ruling regarding Motion for Summary Judgment and Motion for Partial Summary Judgment |
| 59. | 3/29/01 | Telephone motion hearing held regarding Motion for Summary Judgment by defendants, Motion for Partial Summary Judgment by the plaintiff, Motion to Strike and Motion to Dismiss by the plaintiff, Motion to Dismiss by the defendants |
| 60. | 4/03/01 | Transcript for date of 3/29/01 |
| 61. | 4/05/01 | Motion by the plaintiff for Reconsideration of court's order regarding Motion for Summary Judgment |
| 62. | 6/18/01 | Motion by the defendants to Unseal/Release Transcript |
| 63. | 6/25/01 | Memorandum by the plaintiff in opposition to Motion to Unseal/Release Transcript by the defendants |
| 64. | 6/26/01 | Order referring Motion to Unseal/Release Transcript referred to Magistrate Judge Donna Martinez |
| 65. | 7/09/01 | Status Report by the parties |
| 66. | 7/18/01 | Motion by the defendants to Withdraw Motion to Unseal/Release |

|     |          | Transcript by defendants |
| --- | -------- | ------------------------ |
| 67. | 8/08/01  | Motion by the plaintiff to extend 7ime to file brief |
| 68. | 8/14/01  | Order vacating referral order |
| 69. | 8/24/01  | Supplemental Memorandum by the plaintiff in support of Motion for Partial Summary Judgment regarding Substantive Due Process |
| 70. | 9/17/01  | Supplemental Memorandum of Law by the defendants in support of Motion for Summary Judgment |
| 71. | 9/28/01  | Telephone motion hearing held regarding Motion for Reconsideration of court's order on 3/29/01 |
| 72. | 10/02/01 | Transcript for date of 9/28/01 |
| 73. | 4/11/02  | Telephone pre-trial conference held |
| 74. | 8/05/02  | Stipulation by the parties |
| 75. | 8/12/02  | Second Supplemental Memorandum by the plaintiff regarding Substantive Due Process Claim |
| 76. | 9/10/01  | Supplemental Memorandum by the defendants regarding Substantive Due Process Claim |
| 77. | 9/27/02  | Response by the plaintiff to supplemental memorandum |
| 78. | 10/16/02 | Order of referral to Magistrate Judge Thomas Smith for settlement conference |
| 79. | 10/2102  | Order that a settlement conference be held on 10/25/02 |
| 80. | 10/25/02 | Settlement conference held.  Case did not settle |
| 81. | 1/31/03  | Motion by the plaintiff to Amend Complaint |

82.    2/10/03    Objections by the defendants to Motion to Amend Complaint

83.    5/07/03    Supplementary Memorandum  by the plaintiff in support of
                  Motion for Partial Summary Judgment and Motion for Summary
                  Judgment

84.    5/15/03    Motion by the defendants in support of Motion to Strike
                  Affidavit of Sarah Walker Birn and Dr. Rubin

85.    5/15/03    Memorandum by the defendants in support of Motion to Strike
                  Affidavit of Sarah Walker Birn and Dr. Rubin

86.    5/15/03    Motion by the defendants to Stay/Dismiss

87.    5/15/03    Memorandum by the defendants in support of Motion to Stay

88.    6/02/02    Memorandum by the plaintiff in opposition to Motion to Strike
                  Affidavit of Sarah Walker Birn and Dr. Rubin

89.    6/02/03    Memorandum by the plaintiff in opposition to Motion to Stay,

90.    8/01/03    Supplement to Memorandum by the plaintiff in opposition
                  to Motion for Summary Judgment

91.    10/8/03    Order vacating Motion to Amend Complaint

92.    10/31/03   Minute Entry regarding telephone conference held on
                  10/31/03 with Judge Robert Chatigny

93.    12/03/03   Motion for Judgment on Count Five and Motion to Remand
                  remaining counts by the plaintiff

94.    12/12/03   Ruling and Order granting Motion for Judgment, denying
                  cross-motion, granting Motion to Remand remaining counts to the

Superior Court

95. 12/12/03    Endorsement Order granting Motion for Judgment, Motion

to Remand filed by the plaintiff

96. 12/16/03    Judgment in favor of the defendants against plaintiff

97. 1/06/04     Notice of Appeal as to Judgment by the plaintiff

98. 1/12/04     Certificate of Service regarding Case Remanded/

Transferred Out to Superior Court for the Judicial District

Of Hartford

99. 3/17/04     USCA Scheduling Order as to Notice of Appeal filed by the plaintiff

100. 4/14/04    Index to Record on Appeal re Notice of Appeal

4/15/04    Index transmitted to US Court of Appeals re Notice of Appeal

101. 5/10/04    Acknowledged Receipt of Index at USCA re Notice of Appeal

5/27/04    USCA Case Number 04-0224-cv for Notice of Appeal

102. 7/16/04    Notice of Appearance by John J. Radshaw II for defendants

103. 7/23/04    Motion to Amend the Index by defendants

104. 7/23/04    Motion to supplement the record and made additional findings by

the defendants

105. 8/10/04    Motion for Extension of Time to 8/23/04 to file response to Motion

to Supplement the Record by plaintiff

106. 8/12/04    Endorsement Order granting Motion for Extension of Time for

plaintiff to respond to Motion to Supplement the Record

107. 8/31/04    Endorsement Order denying Motion to Supplement the Record and

8

Make Additional Findings

| 108. | 9/1/04 | Endorsement Order denying Motion to Amend the Index |
|------|--------|------|
| 109. | 10/27/05 | Notice of Settlement Conference for 12/5/05, 10 am |
|      |        | Settlement Conference set for 12/5/05, 10 am |
| 110. | 11/10/05 | Mandate of USCA dated 11/1/05 affirmed in part, vacated in part, and remanded judgment re Notice of Appeal |
| 111. | 11/30/05 | Order.  Settlement  conference cancelled due to inability of insurance adjuster to appear in person |
| 112. | 11/30/05 | Settlement Conference set for 2/22/06, 10 am |
| 113. | 1/17/06 | Notice of Appearance by Alexandria L. Voccio for the defendants |
| 114. | 1/17/06 | Answer to Amended Complaint with Affirmative Defenses by the defendants |
| 115. | 1/17/06 | Motion for Summary Judgment by the defendants |
| 116. | 1/17/06 | Memorandum in Support of Motion for Summary Judgment filed by defendants |
| 117. | 1/17/06 | Local Rule 56(a) Statement of Support of Motion for Summary Judgment filed by defendants |
| 118. | 1/24/06 | Motion for Extension of Time to 3/24/06 to respond to Motion for Summary Judgment by plaintiff |
| 119. | 1/30/06 | Endorsement Order granting Motion for Extension of Time for plaintiff to respond to Motion for Summary Judgment |
| 120. | 2/14/06 | Settlement Conference scheduled for 2/22/06, 10 am |

121.  2/17/06      Motion to Vacate Order to Remand Dated 12/12/03 by defendants

122.  2/22/06      Minute Entry re Settlement Conference held before Judge Smith

123.  2/22/06      Settlement Conference was held on 2/22/06.  The case has not
                   settled

124.  2/24/06      Motion to Strike Motion for Summary Judgment by plaintiff

125.  2/28/06      Motion for Prefiling Conference by defendants

126.  2/28/06      Objection to Motion to Strike Motion for Summary Judgment by
                   defendants

127.  3/2/06       Endorsement Order denying Motion for Summary Judgment

128.  3/2/06       Endorsement Order granting Motion for Prefiling Conference

129.  3/2/06       Order Referring Case to Magistrate Judge Thomas Smith to
                   conduct prefiling conference

130.  3/2/06       Endorsement Order denying Motion to Strike Motion for Summary
                   Judgment

131.  4/12/06      Endorsement Order vacating Order Referring Case to Magistrate
                   Judge Smith to conduct prefiling conference
                   Judge Thomas Smith no longer assigned to case

132.  5/3/06       Motion for a Rule 16 Status Conference by plaintiff

133.  6/7/06       Order

134   7/6/06       Electronic Filing Order signed by Judge Robert Chatigny

135.  7/26/06      Telephone Status Conference set for 8/8/06, 10 am

136.  7/26/06      Endorsement Order granting Motion for a Rule 16 Status

|       |         | Conference |
|-------|---------|------------|
| 137.  | 7/26/06 | Endorsement Order granting Motion to Vacate Order to Remand dated 12/12/03 |
| 138.  | 7/27/06 | Telephone Status Conference moved from 8/8/06 to 8/17/06, 10 am |
| 139.  | 8/17/06 | Minute Entry re telephone status conference with Judge Chatigny |
| 140.  | 8/17/06 | Motion for Summary Judgment, telephone motion hearing set for 10/2/06 at 9 am |
| 141.  | 9/12/06 | Motion for Extension of Time to File Response/Reply to Motion for Summary Judgment by plaintiff |
| 142.  | 9/14/06 | Endorsement Order granting Motion for Extension of Time to File Response as to Motion for Summary Judgment |
| 143.  | 9/18/06 | Second Motion for Extension of Time to File Response/Reply as to Motion for Summary Judgment by plaintiff |
| 144.  | 9/20/06 | Endorsement Order granting Second Motion for Extension of Time to File Response as to Motion for Summary Judgment |
| 145.  | 9/26/06 | Memorandum in Opposition to Motion for Summary Judgment filed by plaintiff |
| 146.  | 9/26/06 | Exhibits A through K filed by plaintiff re Memorandum in Opposition to Motion for Summary Judgment |
|       | 9/28/06 | Docket Entry Correction.  Exhibits have been modified to add l linage |
| 147.  | 10/2/06 | Minute Entry re telephone motion hearing re Motion for |

|      |          | Summary Judgment |
|------|----------|------------------|
|      | 10/2/06  | Oral Order taking under advisement re Motion for Summary Judgment |
| 148. | 12/27/06 | Motion for Melinda Powell to Withdraw as Attorney for defendants |
| 149. | 12/28/06 | Endorsement Order granting Motion to Withdraw as Attorney |
| 150. | 3/1/07   | Telephone Status Conference set for 3/21/07, 9:30 am |
| 151. | 3/5/07   | Telephone Status Conference moved from 3/21/07 to 3/26/07 |
| 152. | 3/26/07  | Minute Entry re Motion Hearing held before Judge Chatigny re Motion for Summary Judgment |
| 153. | 3/31/07  | Ruling and Order Judgment granting Motion for Summary Judgment |
| 154. | 4/2/07   | Judgment is entered in favor of the defendants |
| 155. | 4/26/07  | Notice of Appeal as to Judgment, Order on Motion for Summary Judgment |
| 156. | 5/21/07  | Motion for Alexandria Voccio to Withdraw as Attorney for defendants |
| 157. | 5/21/07  | Motion for John J. Radshaw, III to Withdraw as Attorney for defendants |
| 158. | 5/22/07  | Endorsement Order granting Motion for Radshaw to Withdraw |
| 159. | 5/22/07  | Endorsement Order granting Motion for Voccio to Withdraw |

THE PLAINTIFF,

BY:_____/s/_____
        Leon M. Rosenblatt (ct00284)
        Law Offices of Leon M. Rosenblatt
        10 N. Main Street
        West Hartford, CT 06107
        (860) 523-8066

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 16th day of July 2007, to:

Attorney Michael J. Rose
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT  06103


_____/s/_____

\_

Leon M. Rosenblatt